[936 NE2d 912, 910 NYS2d 31]

The People of the State of New York, Appellant, v Carlos Reyes, Respondent.

Decided October 19, 2010

864

**APPEARANCES OF COUNSEL**

*Cyrus R. Vance, Jr., District Attorney*, New York City (*Susan Axelrod* and *Alan Gadlin* of counsel), for appellant.

*Office of the Appellate Defender*, New York City (*Richard M. Greenberg, Heather L. Holloway* and *Rosemary Herbert* of counsel), for respondent.

**OPINION OF THE COURT**

On review of submissions pursuant to section 500.11 of the Rules of the Court of Appeals (22 NYCRR 500.11), appeal dismissed upon the ground that the reversal by the Appellate Division was not "on the law alone or upon the law and such facts which, but for the determination of law, would not have led to reversal" (CPL 450.90 [2] [a]; *see People v Howard*, 74 NY2d 943 [1989]).

Concur: Chief Judge LIPPMAN and Judges CIPARICK, GRAFFEO, READ, SMITH, PIGOTT and JONES.